UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH    DIVISION

| | |
|---|---|
| LUCY ROBERTS, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA;<br>WELLS FARGO INSURANCE, INC.;<br>AMERICAN SECURITIES INSURANCE COMPANY; and ASSURANT, INC.,<br><br>Defendants. | Case No.  CV412-200 |

# O R D E R

The Court having reviewed and considered the petitions of Richard E. Shevitz and Lynn A. Toops of the law firm of Cohen & Malad, LLP, One Indiana Square, Suite 1400, Indianapolis, Indiana 46204, for permission to appear pro hac vice on behalf of plaintiff Lucy Roberts, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Richard E. Shevitz and Lynn A. Toops as counsel of record for plaintiff Lucy Roberts, in this case.

**SO ORDERED** this   9th   day of August, 2012.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA