UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LUCY ROBERTS, *on behalf of herself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, NA; <br> WELLS FARGO INSURANCE, INC.; <br> AMERICAN SECURITIES INSURANCE <br> COMPANY; and ASSURANT, INC., <br><br> Defendants. | Case No. CV412-200 |

## ORDER

The Court having reviewed and considered the petitions of Richard E. Shevitz and Lynn A. Toops of the law firm of Cohen & Malad, LLP, One Indiana Square, Suite 1400, Indianapolis, Indiana 46204, for permission to appear pro hac vice on behalf of plaintiff Lucy Roberts, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Richard E. Shevitz and Lynn A. Toops as counsel of record for plaintiff Lucy Roberts, in this case.

**SO ORDERED** this __9th__ day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA