UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH    DIVISION

| | | |
|---|---|---|
| LUCY ROBERTS, *on behalf of herself and all others similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  CV412-200 |
| WELLS FARGO BANK, NA, WELLS FARGO INSURANCE, INC., AMERICAN SECURITIES INSURANCE COMPANY, and ASSURANT, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## O R D E R

The Court having reviewed and considered the petitions of Michael S. French and Joseph W. Ozmer III, of the law firm of Wargo & French LLP, 999 Peachtree Street, N.E., 26th Floor, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of defendants American Securities Insurance Company, and Assurant, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Michael S. French and Joseph W. Ozmer III as counsel of record for defendants American Securities Insurance Company, and Assurant, Inc., in this case.

**SO ORDERED** this __20th__ day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA