UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LUCY ROBERTS, *on behalf of herself and all others similarly situated*, )
)
)
Plaintiff, )
)
v. ) Case No. CV412-200
)
WELLS FARGO BANK, NA, WELLS FARGO )
INSURANCE, INC., AMERICAN )
SECURITIES INSURANCE COMPANY, and )
ASSURANT, INC., )
)
Defendants. )

## ORDER

The Court having reviewed and considered the petition of Frank G. Burt of the law firm of JordenBurt LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131, for permission to appear pro hac vice on behalf of defendants American Securities Insurance Company, and Assurant, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Frank G. Burt as counsel of record for defendants American Securities Insurance Company, and Assurant, Inc., in this case.

**SO ORDERED** this   21st   day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA