# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LUCY ROBERTS, *on behalf of herself and all others similarly situated*, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WELLS FARGO BANK, NA, WELLS FARGO )<br>INSURANCE, INC., AMERICAN )<br>SECURITIES INSURANCE COMPANY, and )<br>ASSURANT, INC., )<br>)<br>Defendants. ) | Case No. CV412-200 |

## ORDER

The Court having reviewed and considered the petitions of Julie E. Adkins and Jennifer S. Collins of the law firm of Womble, Carlyle, Sandridge & Rice, LLP, 271 17th Street, N.W., Suite 2400, Atlanta, Georgia 30363, for permission to appear pro hac vice on behalf of defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Julie E. Adkins and Jennifer S. Collins as counsel of record for defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc., in this case.

**SO ORDERED** this __27th__ day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA